| ADMISSION DATE 3/10/95 | TIME 0853 | NAME (FIRST) Deanna (MAIDEN) | (LAST) Patterson |
|---|---|---|---|
| GRAVIDA II | PARA I | ABORTION 0 | EDC 3/26 | WEEKS 37 4/7 | | 130 | 82 | 78 | 68 | WEIGHT ? | |

| LABOR ONSET 3/10 | TIME 0945 | CONTRACTIONS | SPONTANEOUS | STIMULATED | INDUCTION X | FHR 140 |

| BOW ON ADMISSION | NITRAZINE ☐ NEGATIVE ☐ POSITIVE | RUPTURED 3/10/95 | TIME 1547 | AROM X | SROM | PREP | ENEMA NO |
| | FLUID CLEAR MECONIUM OTHER bloody | DR. | NOTIFIED AT | BY | |

MEDICAL HISTORY: H/o herpes
OB HX: FTNSVD 10 wk premature
MEDICATIONS: Ampicillin Tylenol #3 Tylenol
SOCIAL: Denies
SURGICAL HISTORY: No
ANES HISTORY: local & pos
PROTHESIS: contacts use
ALLERGIES: Denies

CONTRACTION X | FHT X | INT X | LAST SOLID FOOD 3/9/95 | TIME 1800 | BOTTLE | BREAST X | PRENATAL CLASSES: none

DEL. ROOM X | BIRTHING ROOM | BIRTHING RM. TRANSFER | REASON

POSITION: ROA | SINGLE | MULTIPLE X

STAGES OF LABOR:
1ST - 9 HR 10 MIN | ADM. URINE Neg
2ND - HR 14 MIN | BLOOD TYPE A | RH +
3RD - HR 06 MIN | SEROLOGY NR | R 7-18-94
TOTAL - 9 HR 30 MIN | RUBELLA IMMUNE X

CEPHALIC SPONT X | LF | MF | VACUUM
ROTATION | TO
FORCEPS SPONT | ASST | EXTR | FORCEPS

EPISIOTOMY: NONE | LM | MD X | RML
LACERATIONS: VAG | CERV | PERIN 3°
OTHER

DATE 3/10/95 TIME 1909
SEX MALE FEMALE X
WEIGHT 8-11 INCHES 20 "6"
MECONIUM THIN THICK NONE X
SUCTION PRIOR TO FIRST BREATH: mec 100 points No
TRACHEAL SUCTION: No | BAPTIZED No
RESUSCITATION NONE X | 02 | BAG | CARDIAC MASSAGE

C-SECTION: ☐ LOW CERVICAL ☐ CLASSICAL
INDICATION: N/A
SURG. ASST.

APGAR:
1 MIN 2 2 2 0 8
5 MIN 2 2 2 1 9

PLACENTA 3/10/95 1915 SPONT X MAN
UTERUS EXPLORED YES X NO | ESTIMATED BLOOD LOSS 400 | TRANSFUSION YES NO X
PLACENTA ☐ NORMAL ☒ ABNORMAL (to lab)

COMMENTS: shoulder dystocia

LABOR ANELGESIA: Ampicillin 2 gms IVPB @ 0900 + 1630
COMMENTS: 25% abruption

INJURIES/ANOMALIES: nerve palsy of arm
OUTPUT | VOID | MECONIUM | GASTRIC

ANESTHESIA: NONE LOCAL X PUD PARA C GEN EPIDURAL SPINAL
ANES AGENT: Sellinestiesa / Carbocaine 1%
BY: Dr Villafure / D. Williams
OXYTOCIN: Pit to IV post placenta - 10 U D,E Im
MEDS POST DELIVERY: Valium 5 mg IVP
CATHETER IN DELIVERY ROOM: -
EYECARE: ✓ (illegible) by Botteron
PEDIATRICIAN Reidy
NN RN PRESENT: YES
MD PRESENT AT DELIVERY: NO
FATHER OR S.O. PRESENT: YES NO X | PARENTS REACTION: very relieved
BAND NUMBER 910094 | BABY NUMBER
ROOM: | BASSINET 9161-1

DRS. SIGNATURE: Williams / Botteron RN

PATTERSON, DEANNA L    CHR
03/10/95  F  05/28/64  30Y
95069-00076 WILLIAMS, RHONDA

ALEXIAN BROTHERS MEDICAL CENTER
800 Biesterfield Road
Elk Grove Village, Illinois 60007

GBS CARRIER

EXHIBIT A