## Mike Hannigan

**From:** Stephen I. Lane [stevelane@lane-lane.com]
**Sent:** Friday, April 22, 2005 2:01 PM
**To:** getit@downpatt.com
**Subject:** Re: Heather's case

Hi Deanna... Don't jump to conclusions. I'm still prosecuting the case and trying to win it. I haven't given up and you shouldn't either. They have an argument, and so do we, regardless of the school records. I'll yet to call you over the weekend to discuss, but I'm in a Deposition right now and cant

------------------------------------------
Sent from my Blackberry Wireless Handheld

Please respond to:

Stephen I. Lane
Law Offices of Lane & Lane
33 N. Dearborn Street
Suite 2300
Chicago, IL 60602

(312) 332-1400
(312) 899-8003 - fax
stevelane@lane-lane.com - email

For more information about our firm, please visit our website at www.lane-lane.com

Lane & Lane... A family of trial attorneys representing victims of serious personal injury caused by the neglect of others.


-----Original Message-----
From: Deanna Patterson <getit@downpatt.com>
To: Stephen I. Lane <stevelane@lane-lane.com>
Sent: Fri Apr 22 12:30:59 2005
Subject: Heather's case

Stephen,

As the school testing showed no learning delay for Heather I am at a loss now of what to do. There is no way we can afford to pay for any further testing as we are so far in debt now it is not funny. I am figuring that you are not willing to pay up front for it either based on what the school findings are..that her problem is just a physical one.

Therefore, it is my understanding that this gives the other side reasonable cause to have the case dismissed due to the filing 2 days after the statute of limitations expired. Which is a bummer.

You have stated before that you have insurance to cover that error and told Ray for us to contact a malpractice attorney.

My question to you is why do we have to involve another attorney? Can't we just settle this with your insurance company directly ? There is no question that it was filed late and there is no reason for another attorney to be paid for something that really doesn't have to be proved..

Please advise..



1

Thanks.
Deanna