## Mike Hannigan

**From:** Stephen I. Lane [Stevelane@lane-lane.com]
**Sent:** Monday, April 06, 2009 5:14 PM
**To:** uniforms@downpatt.com
**Subject:** Fw: Heather's case


Please respond to:

Stephen I. Lane
Law Offices of Lane & Lane, LLC
33 N. Dearborn Street
Suite 2300
Chicago, IL 60602
312-332-1400 - office
312-899-8003 - fax
847-736-7769 - mobile
Stevelane@lane-lane.com - email

Please visit our website at www.lane-lane.com.

Lane & Lane, LLC...a family of attorneys dedicated to protecting the rights of those who have been injured through the fault of others.

Member of the International Society of Primerus Law Firms...recognized for excellence.

-----Original Message-----
From: Stephen I. Lane
To: 'getit@downpatt.com' <getit@downpatt.com>
Sent: Mon Apr 06 16:31:20 2009
Subject: Heather's case

Hi Guys...I'm pleased to let you know that FINALLY...I've gotten as much as I can for you...we've been working in ridiculously small steps, but they have now come up to $170,000, which I definitely recommend. Please let me know that you accept asap, as the refiling deadline is the 10th. I do believe that this is the best we can do, and all things considered, frankly consider this a very good outcome for the case...
Please respond to:

Stephen I. Lane
Law Offices of Lane & Lane, LLC
33 N. Dearborn Street
Suite 2300
Chicago, IL 60602
312-332-1400 - office
312-899-8003 - fax
847-736-7769 - mobile
Stevelane@lane-lane.com - email

Please visit our website at www.lane-lane.com.

Lane & Lane, LLC...a family of attorneys dedicated to protecting the rights of those who have been injured through the fault of others.

Member of the International Society of Primerus Law Firms...recognized for excellence.



1