## Mike Hannigan

| | |
|---|---|
| **From:** | Deanna  [uniforms@downpatt.com] |
| **Sent:** | Saturday, April 11, 2009 8:30 AM |
| **To:** | Stephen I. Lane |
| **Cc:** | raysbenefits@sbcglobal.net; Coleman, Robert |
| **Subject:** | RE: Regarding: Patterson v. Alexian Brothers Hospital |
| | |
| **Importance:** | High |

Stephen,

We have retained the Coleman Law Firm to investigate and prosecute, if appropriate, any claims we, on behalf of Heather, might have against you and your firm arising out of your handling of Heather's medical malpractice case. Please confirm immediately that you have communicated our acceptance of the settlement offer you secured and recommended to us from the doctor and hospital. Additionally, please forward to Mr. Coleman a copy of the offers and your acceptance on our behalf.

By this e-mail we hereby authorized you to discuss freely with the Coleman Law Firm information learned in your handling of our medical malpractice case. Please make our file available to the Coleman Law Firm for their review and copying.

In the future if you have any questions or have a need to communicate with us please do so through either Robert Coleman or Eugene Schiltz.

Thanks
Ray and Deanna

**From:** Stephen I. Lane [mailto:Stevelane@lane-lane.com]
**Sent:** Friday, April 10, 2009 4:55 PM
**To:** uniforms@downpatt.com
**Subject:** Regarding: Patterson v. Alexian Brothers Hospital

I was visited today by 2 gentlemen, one being Bob Coleman, who advised that you had retained them to investigate a possible legal malpractice case against me, but also advised that you and Ray still wanted to go through with the settlement I had obtained for you. I had thought that the case had been voluntarily dismissed on April 10, 2008, but in fact it was not dismissed until April 16, 2008. While the case was settled, with your instruction to accept the settlement offer, if you wish to forego the settlement, refile the case and think you could succeed in prosecuting it, I think you should do so with your new attorneys. Any such suit should be filed by April 16, 2009 or it will be barred.

Please respond to:

Stephen I. Lane
Law Offices of Lane & Lane, LLC
33 N. Dearborn Street
Suite 2300
Chicago, IL 60602
(312) 332-1400
(312) 899-8003 - fax
email: stevelane@lane-lane.com

The Law Offices of Lane & Lane... a family of trial lawyers protecting the rights of people who have been injured through the fault of others.

For more information about our firm, please visit our website at www.lane-lane.com.

1





EXHIBIT

G

DEPOSITION EXHIBIT 64